# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:08CR00243-BRW**

**REGINALD DEJUAN BOOTH**

## ORDER

Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 28) is GRANTED.

IT IS SO ORDERED this 18th day of November, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE